**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sergio VILLA–LOPEZ, Defendant— Appellant.**

**No. 08–50061.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

William Allen Hall, Jr., Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Georgia K. McMillen, Law Office of Georgia K. McMillen, Wailuku Maui, HI, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Sergio Villa–Lopez appeals from his guilty-plea conviction and 46–month sen-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence for being an illegal felon found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Villa–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the conviction and sentence are **AFFIRMED.**

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**